STATE of Missouri, Respondent,

v.

Donald M. NESS, Jr., Appellant.

No. WD 69925.

Missouri Court of Appeals,
Western District.

Nov. 17, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 2009.

Dan Viets, Columbia, MO, for Appellant.

Robert Sterner, Prosecuting Attorney,
Casey L. Clevenger, Assistant Prosecuting
Attorney, Fulton, MO, for Respondent.

Before Division III: THOMAS H.
NEWTON, Chief Judge, and MARK D.
PFEIFFER and KAREN KING
MITCHELL, Judges.

### Order

PER CURIAM.

Donald M. Ness, Jr. (Ness) appeals the
trial court's judgment convicting him, after
a jury trial, of one count of driving while
intoxicated in violation of section 577.010,
RSMo 2000. On appeal, he presents four
points. We affirm. Rule 30.25(b).